AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>PEDRO ORNELAS-SOTO<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.  8:26MJ299<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 9, 2026_____ in the county of _____Douglas_____ in the
_____ District of _____Nebraska_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Keshaun A. Britt, ICE Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date:  7/9/2026

_____
*Judge's signature*

City and state:          Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION     )
OF PEDRO ORNELAS-SOTO              )     AFFIDAVIT OF Keshaun A. Britt
                                   )

Keshaun A. Britt, being first duly sworn, hereby states that:

1.      Your Affiant is a Deportation Officer for the United States Department of Homeland
        Security (DHS), Immigration and Customs Enforcement (ICE), duly appointed according
        to law and at the time of the events herein was acting in his official capacity.

2.      Your Affiant completed the required federal law enforcement training to become a
        Deportation Officer in September 2025 and has been employed in that capacity since that
        time. In that capacity your Affiant has had occasion to conduct numerous investigations
        relating to administrative and criminal violations of the Immigration and Nationality Act
        (INA).

3.      Deportation Officers are empowered to interrogate and arrest with or without warrant,
        any person believed to be an alien in the United States in violation of law, pursuant to
        Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This
        Affidavit is based upon your Affiant's personal knowledge and information provided to
        him by other law enforcement officers involved in this investigation.

4.      This affidavit is being made in support of a criminal complaint and arrest warrant
        charging **Pedro ORNELAS-Soto**, (hereafter referred to as **ORNELAS-Soto**) with
        violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to
        show merely that there is sufficient probable cause for the requested warrant and does not
        purport to set forth all my knowledge or investigation into this matter.

5.      **ORNELAS-Soto** was arrested by ICE ERO Omaha Fugitive Operations team on
        6/09/2026. FOT officers conducted surveillance near **ORNELAS-Soto's** residence in
        Omaha, NE and observed him exit his residence and depart in a red Ford Mustang that
        was registered to him. FOT officers conducted a vehicle stop at approximately 0715
        hours and identified the defendant as the driver of the vehicle.

6.      Biographic checks of **ORNELAS-Soto's** name and date of birth showed that he is a
        citizen of Mexico with two voluntary departures from the US to Mexico, and four prior
        removals from the US to Mexico.

1

7. ICE officers Kenneth Madill and Dillon Doeden approached **ORNELAS-Soto** while he was in the driver's seat of his vehicle. Officers identified themselves as immigration officers and questioned **ORNELAS-Soto** regarding his name, date of birth, and nationality.

8. **ORNELAS-Soto** freely admitted to being a citizen of Mexico who entered the US illegally. **ORNELAS-Soto** stated he has been removed from the United States multiple times. ICE placed **ORNELAS-Soto** under arrest and transported him to the Omaha ICE ERO office for processing. At the office, biometric checks of his fingerprints confirmed his identity.

9. **ORNELAS-Soto's** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

10. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A206 256 633) relating to **ORNELAS-Soto.**

11. **ORNELAS-Soto,** alien registration file contains photographs, fingerprints and immigration documents identifying **ORNELAS-Soto** as a citizen and national of Mexico who was removed from the United States to Mexico on 10/25/2013, 01/24/2014, 07/24/2018, and 05/18/2022, pursuant to a final removal order on 10/24/2013. A Designated Official with the Department of Homeland Security issued **ORNELAS-Soto** a final order of removal.

12. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of **ORNELAS-Soto.**

13. Affiant believes there is probable cause that **ORNELAS-Soto** is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

2

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

Keshaun A. Britt, Deportation Officer
Immigration and Customs Enforcement
Affiant

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means. me this

9th day of July, 2026.

RYAN C. CARSON
UNITED STATES MAGISTRATE JUDGE
District of Nebraska